# United States Court of Appeals
## For the First Circuit

---

Nos. 06-2281, 06-2282

SHELDON G. ADELSON,

Plaintiff-Appellant/Cross-Appellee,

v.

MOSHE HANANEL,

Defendant-Appellee/Cross-Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on December 5, 2007, is amended as follows:

On page 3, line 12:  "2005" should be "1995"